# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JHON ALEXANDER
CAMACARO-HERRERA,

               Petitioner,

     v.

WARDEN, ADELANTO
DETENTION FACILITY, et al.,

               Respondents.

Case No. 5:26-cv-01043-JWH-MBK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.  The findings and recommendations of the Magistrate Judge are **ACCEPTED**.

2.  Judgment shall be entered **GRANTING** the petition for writ of habeas corpus.

3.  A writ of habeas corpus shall be issued requiring immediate release, subject to appropriate conditions of supervision and preventing Petitioner's re-detention absent pre-deprivation notice and a hearing at which the Government must justify the need to confine Petitioner.

4.  Respondents are **DIRECTED** to file a status report no later than March 30, 2026, confirming their compliance with the Court's order.

5.  This case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated:   March 23, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2