JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JHON ALENXANDER CAMACARO-HERRERA,<br><br>            Petitioner,<br><br>      v.<br><br>PAMELA J. BONDI, et al.,<br><br>            Respondents. | Case No. 5:26-cv-01043-JWH-MBK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  The petition for writ of habeas corpus is **GRANTED**.

2.  This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: ____March 23, 2026____

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2